IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JERRY STOROVICH, | ) | |
|---|---|---|
| Petitioner, | ) | 8:16CV24 |
| V. | ) | |
| RICK RAEMISCH, Executive Director, | ) | **MEMORANDUM AND ORDER** |
| Respondent. | ) | |

This matter is before the court on Petitioner's Motion for Status. (Filing No. 14). Petitioner is advised that his case is under consideration and a ruling will be made in the normal course of the court's business.

DATED this 27th day of May, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge