IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JERRY STOROVICH | |
| Petitioner, | **8:16CV24** |
| vs. | |
| GRANT COUNTY, NEBRASKA, STATE OF NEBRASKA | **MEMORANDUM AND ORDER** |
| Respondents. | |

This matter is before the court on Plaintiff's Motion for Leave to Appeal in Forma Pauperis. (Filing No. 41.)  Plaintiff filed a Notice of Appeal on December 27, 2016. (Filing No. 37.) Plaintiff appeals from the court's Judgment dated December 19, 2016. (Filing No. 36.)  Upon review of Plaintiff's Motion for Leave to Appeal in Forma Pauperis, the court finds Plaintiff is entitled to proceed *in forma pauperis* on appeal.

IT IS ORDERED that:

1.     Plaintiff's Motion for Leave to Appeal in Forma Pauperis (Filing No. 41) is granted.

2.     The clerk's office is directed to provide the Eighth Circuit Court of Appeals with a copy of this order.

Dated this 17th day of January, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge